# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

DEBRA L. ROBBINS and
husband, JAMES ROBBINS,

      Plaintiffs,

vs.                                           No. 1:05-1221-T/An

LOWE'S HOME CENTERS, INC.,

      Defendant.

---

## JOINT PROPOSED RULE 16(b) SCHEDULING ORDER

---

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**    December 16, 2005

**JOINING PARTIES:**

    **for Plaintiff:**      February 2, 2006
    **for Defendants:**    March 2, 2006

**AMENDING PLEADINGS:**

    **for Plaintiff:**      February 2, 2006
    **for Defendants:**    March 2, 2006

**COMPLETING ALL DISCOVERY:**    August 2, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    August 2, 2006

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2)):**

        (i)    **Plaintiff's Experts:**    May 2, 2006
        (ii)   **Defendants' Experts:**    June 2, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/17/05

   (iii) **Supplementation under Rule 26(e):** June 12, 2006

 (c) **DEPOSITION OF EXPERTS:** August 2, 2006

**FILING DISPOSITIVE MOTIONS:** September 18, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

 (a) **for Plaintiff:** November 3, 2006
 (b) **for Defendants:** November 18, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last __2__ days and is currently **SET** for **JURY TRIAL** on **Monday, December 18, 2006 at 9:30 A.M.** A joint pretrial order is due on **FRIDAY, December 8, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to a trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes

the matter from proceeding to trial.

*The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates as set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 15, 2005

APPROVED FOR ENTRY:

*Sara E. Barnett*
CHARLES H. BARNETT, III, #008721
SARA E. BARNETT, #021379
CLINTON H. SCOTT, #023008
Attorneys for Plaintiff
P.O. Box 2004
Jackson, TN 38302-2004

*Robert D. Flynn by SEB w/permission*
ROBERT D. FLYNN, #007941
Attorney for Defendant
80 Monroe Avenue, Suite 500
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01221 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Robert D. Flynn
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Sara Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT